JOHN MORTON *v.* COMMISSIONER OF CORRECTION

The petitioner John Morton's petition for certification for appeal from the Appellate Court, 87 Conn. App. 902 (AC 24574), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided March 23, 2005

GRETCHEN MUNROE *v.* JOSEPH L. MUNROE

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 901 (AC 24850), is denied.

*Peter B. Reilly*, in support of the petition.

*James A. Trowbridge*, in opposition.

Decided March 23, 2005